

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

ANTON SHARIEF HUNTER, §
       Plaintiff, §
 §
vs. § Civil Action No. 9:18-1329-MGL
 §
NANCY A. BERRYHILL, §
Acting Commissioner of Social Security §
Administration, §
       Defendant. §
 §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND AFFIRMING DEFENDANT'S DENIAL OF PLAINTIFF'S CLAIM FOR BENEFITS**

      This is a Social Security appeal in which Plaintiff Anton Sharief Hunter (Hunter) seeks judicial review of the final decision of Defendant Nancy A. Berryhill (Commissioner) denying his claim for disability insurance benefits. The parties are represented by excellent counsel. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting to the Court the Defendant's decision denying Hunter's claim for benefits be affirmed. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

      The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court

may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on May 13, 2019. ECF No. 21. However, Hunter failed to file any objection. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

Signed this 25th day of June 2019 in Columbia, South Carolina.

                                      s/Mary Geiger Lewis  
                                      MARY GEIGER LEWIS  
                                      UNITED STATES DISTRICT JUDGE